**Order entered March 15, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00038-CV

**BASIL BROWN, Appellant**

**V.**

**ROBERT HAWKINS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 16C-0127**

## ORDER

Appellant has been declared a vexatious litigant. By letter dated January 29, 2019, we instructed appellant to file, by February 8, 2019, written verification that he has obtained an order from the local administrative judge permitting the filing of this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). By order dated February 13, 2019, the Court granted appellant an extension of time to February 26, 2019.

Before the Court is appellant's February 27, 2019 second motion requesting an extension of time to comply and appellee's objection to the motion. In his motion, appellant asserts that he has been unable to comply because the local administrative judge "has been ill and away from the courthouse." In his objection to the motion, appellee disputes the accuracy of the reason given for a further extension.

We **GRANT** appellant's motion **to the extent** that appellant shall file, by **March 25, 2019**, written verification that he has obtained an order from the local administrative judge permitting the filing of this appeal. *See id*. We caution appellant that no further extension will be granted and that failure to comply will result in dismissal of the appeal without further notice.

/s/     BILL WHITEHILL
           JUSTICE